IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BARBARA A. MENTGEN,

      Plaintiff,

vs.

SITEL OPERATING CORPORATION
and FOUNDEVER OPERATING
CORPORATION,

      Defendants.

4:25-CV-3203

ORDER

This matter is before the Court on the defendants' motion to dismiss and compel arbitration (filing 14) and the parties' subsequent joint motion (filing 16) to stay these proceedings pending arbitration.

IT IS ORDERED:

1.     The parties' joint motion to stay the proceedings pending arbitration (filing 16) is granted.

2.     The defendants' motion to dismiss and to compel arbitration (filing 14) is denied as moot.

3.     The parties are directed to proceed to arbitration in accordance with the terms of the arbitration agreement.

4.     Every 90 days from the date of this order, counsel for the defendants shall file a report on the Court's docket which explains the current status of the pending arbitration.

5.     The Clerk of the Court is directed to set an initial status report deadline of June 8, 2026.

6.     The Clerk of the Court shall close this case for statistical purposes.

Dated this 10th day of March, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge